# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WES MARTIN, RICKY MARTIN, and JANA MARTIN,<br><br>        Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, *et al.*,<br><br>        Defendants. | Case No. 2:14-cv-01599-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. On October 15, 2014, the Court ordered that Plaintiffs file a Certificate as to Interested Parties as required by LR 7.1-1 on or before October 27, 2014 (Order #3). To date, Plaintiffs have failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiffs file a Certificate as to Interested Parties as required by LR 7.1-1 no later than **November 24, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 13th day of November, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge