UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WES MARTIN, RICKY MARTIN, and JANA MARTIN,<br><br>             Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, *et al.*,<br><br>             Defendants. | Case No. 2:14-cv-01599-APG-GWF<br><br>**ORDER**<br><br>Motion to Stay - #5 |

This matter is before the Court on Plaintiffs' Motion to Stay Case Pending Ruling on Motion to Transfer and Consolidate Cases for Multidistrict Litigation (#5), filed on November 5, 2014.

Plaintiffs request that this Court stay this case pending the ruling on their motion to transfer and consolidate. The power to stay proceedings is incidental to the power inherent in every court to control its own docket. *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997). The Plaintiffs have sufficiently established good cause to stay this case. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Stay Case Pending Ruling on Motion to Transfer and Consolidate Cases for Multidistrict Litigation (#5) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiffs will file a status report with the Court on the ruling of the pending Motion to Transfer and Consolidate Cases by **March 3, 2015**.

DATED this 3rd day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge